1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10    KEITH DOUGHERTY,                          CASE NO. C12-168 JLR

11                   Plaintiff,                 ORDER ON REQUEST TO
                                                REASSIGN CASE BACK TO JUDGE
12          v.                                  RICHARD JONES OR ANOTHER
                                                FEDERAL JUDGE
13    BELLEVUE SCHOOL DISTRICT,

14                   Defendant.

15

16          On April 20, 2012, Plaintiff filed a "Request to Transfer Case to Federal Magistrate

17   Judge." Dkt. No. 26.  When Judge Robart declined to recuse himself, that request was referred

18   to this Court and it was denied.  Dkt. No. 38.

19          Within hours after his request was denied, Plaintiff filed a "Request to Reassign Case

20   back to Judge Richard Jones or another Federal Judge."  Dkt. No. 39.  Judge Robart chose to

21   treat the pleading as a motion for reconsideration of the previous denial and referred the matter

22   back to this Court for review. Dkt. No. 41.

23

24

## DISCUSSION

This Court agrees with Judge Robart's characterization of this pleading as a motion for reconsideration. Since Plaintiff states no new grounds for removing Judge Robart from the case, this Court will address this motion pursuant to Local Rule 7(h).

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

CR 7(h). Plaintiff's latest pleading fails to establish that this Court's previous ruling was the result of a manifest error. Nor does Plaintiff introduce new facts or law that he claims were unavailable to him when he originally moved for Judge Robart's recusal.

Plaintiff's motion to reconsider the Court's prior refusal to recuse Judge Robart from his case will be DENIED.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated this 24th day of May, 2012.

Marsha J. Pechman
Chief United States District Judge